UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:25-cv-02854

JONPAUL MARCEL NADEAU,

    Plaintiff,

v.

DALTON WADE, INC.,

    Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff JONPAUL MARCEL NADEAU by and through his undersigned counsel, brings this Complaint against Defendant DALTON WADE, INC. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff JONPAUL MARCEL NADEAU ("Nadeau") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Nadeau's original copyrighted Works of authorship.

2. Nadeau is the owner and principal photographer of Aremac Photography, located in South Florida. Nadeau specializes in high quality interior and exterior photography, aerial footage, short HD films, and floor plans. He provides a detailed and customized finished product to every client. Nadeau has over

7 years experience working in the industry, and working alongside his mentor, he now expands his horizons to 3D tours and film.

3. Defendant DALTON WADE, INC. ("DW") is a real estate agency providing a range of services for buyers and sellers, including marketing and training. At all times relevant herein, DW owned and operated the internet website located at the URL http://DaltonWade.com (the "Website").

4. Nadeau alleges that DW copied Nadeau's copyrighted Works from the internet in order to advertise, market and promote its business activities. DW committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the DW's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. DW is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, DW engaged in infringement in this district, DW resides in this district, and DW is subject to personal jurisdiction in this district.

## DEFENDANT

9. Dalton Wade, Inc. is a Florida Corporation, with its principal place of business at 260 1st Avenue South, Suite 200, St. Petersburg, Florida 33701, and can be served by serving its Registered Agent, Bill Havre, at 3030 North Rocky Point Drive, Suite 150A, Tampa, Florida 33607.

## THE COPYRIGHTED WORKS AT ISSUE

10. In 2017 and 2018, Nadeau created the photographs entitled "dsc_5054 and dji_006," which are shown below and referred to herein as the "Works."

| Title | Works | Registration Date | Registration Number |
|---|---|---|---|
| Dsc_5054 | | January 4, 2020 | VA 2-191-207 |
| dji_006 | | January 4, 2020 | VA 2-204-287 |

11. Nadeau registered the Works with the Register of Copyrights on January 4, 2020 and April 16, 2020, and was assigned registration numbers VA 2-

191-207 and VA 2-204-287. The Certificates of Registration are attached hereto as **Exhibit 1**.

12. At all relevant times Nadeau was the owner of the copyrighted Works.

## INFRINGEMENT BY DW

13. DW has never been licensed to use the Works for any purpose.

14. On a date after the Works at issue in this action were created, but prior to the filing of this action, DW copied the Works.

15. On or about July 5, 2024, Nadeau discovered Defendants' unauthorized and infringing use of his Works on multiple real estate websites, including but not limited to Compass.com, BEXRealty.com, ColdwellBankerRealty.com, and Apartments.com. Defendants reproduced, displayed, and distributed the Works in connection with real estate listings without license, authorization, or consent from Nadeau. Despite notice of the infringement, Defendants have failed to remove the Works, and the infringing use remains ongoing and publicly accessible, including at the following active listing: https://www.compass.com/listing/1010-southwest-2nd-avenue-unit-907-miami-fl-33130/956617039097428817/. Defendants' continued use of the Works after notice constitutes willful infringement under 17 U.S.C. § 504(c)(2).

16. DW copied Nadeau's copyrighted Works without Nadeau's permission.

17. After DW copied the Works, it made further copies and distributed the Works on the internet to promote the sale of goods and services as part of its real estate business activities.

18. DW copied and distributed Nadeau's copyrighted Works in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. DW committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 2**.

20. Nadeau never gave DW permission or authority to copy, distribute or display the Works for any purpose.

21. Nadeau notified DW of the allegations set forth herein on August 19, 2024 and September 05, 2024.  To date, the parties have failed to resolve this matter.

COUNT I
**COPYRIGHT INFRINGEMENT**

22. Nadeau incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Nadeau owns valid copyrights in the Works.

24. Nadeau registered the Works with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. DW copied, displayed, and distributed the Works and made derivatives of the Works without Nadeau's authorization in violation of 17 U.S.C. § 501.

26. DW performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Nadeau has been damaged.

29. The harm caused to Nadeau has been irreparable.

WHEREFORE, the Plaintiff JONPAUL MARCEL NADEAU prays for judgment against the Defendant DALTON WADE, INC. that:

    a. DW and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. DW be required to pay Nadeau his actual damages and Defendant's profits attributable to the infringement, or, at Nadeau's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Nadeau be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Nadeau be awarded pre- and post-judgment interest; and

    e. Nadeau be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Nadeau hereby demands a trial by jury of all issues so triable.

Dated: October 20, 2025                Respectfully submitted,

                                      **SRIPLAW, P. A.**

                                      */s/ Sanje V. Lara*
                                      SANJE V. LARA

Florida Bar Number: 1031680
sanje.lara@sriplaw.com

9100 S. Dadeland Boulevard
Suite 1500
Miami, FL 33156
786.743.0018 – Telephone
561.404.4353 – Facsimile

And

JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com

21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff JonPaul Marcel Nadeau*